IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY DONNELL ROLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-06-58-T |
| | ) |
| EVERETT VAN HOUSEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B) on March 21, 2006. Judge Purcell recommends dismissal of the case without prejudice due to Plaintiff's failure to pay the initial filing fee as required by the Order Granting Leave to Proceed *In Forma Pauperis*. Plaintiff has neither filed a timely objection to the Report nor requested additional time to object.[1]

Due to the lack of objection, the Court finds that Plaintiff has waived further review of the Report. For this reason, and because the initial filing fee remains unpaid, the Court concurs in Judge Purcell's recommendation.

Therefore, the Court adopts the Report and Recommendation [Doc. 10] in its entirety. The case is DISMISSED without prejudice to refiling for failure to pay the required fee.

Entered this 19th day of April, 2006.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

---

[1] The court file contains a letter dated March 23, 2006, addressed "To whom it may concern" requesting additional time, until March 31, 2006, to pay the initial fee. No payment has been received to date.